# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALVAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ASSET PROTECTION & SECURITY SERVICES, LP,<br><br>　　　　　　　　Defendant. | CASE NO. 3:13-CV-2283-H (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On August 12, 2014, the parties filed a joint motion to dismiss the entire case with prejudice. (Doc. No. 27.) The parties have shown good cause for the request. Accordingly, the Court grants the motion. The case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 14, 2014

　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

- 1 -